**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Bedrock Media, LLC
D/B/A District Dig
649 Massachusetts Ave. NE
Washington, DC 20002

   Plaintiff,


  vs.


National Capital Planning Commission
401 9th St. NW, Ste. 500 N
Washington, D.C. 20004

   Defendant.


**COMPLAINT**

1.  Plaintiff, Bedrock Media, LLC D/B/A District Dig (Bedrock) brings this complaint, by and through undersigned counsel, against Defendant, National Capital Planning Commission (NCPC), for violation of the Freedom of Information Act (FOIA) (5 U.S.C. § 552). As laid out in more detail below, Bedrock, an online news site covering local government and political news, submitted a FOIA request to NCPC May 22, 2026. Bedrock sought records related to a new stadium being constructed at the RFK site. NCPC failed to produce any records. No reason was given for NCPC's constructive denial of Bedrock's request.

2.  Bedrock seeks injunctive and declaratory relief as well as an award of costs and fees pursuant to FOIA's fee-shifting provision (5 U.S.C. § 552(a)(4)(E)).

**VENUE AND JURISDICTION**

3. This Court is the proper venue pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

4. This Court has jurisdiction over this matter pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, 2202.

**PARTIES**

5. Plaintiff, Bedrock Media, LLC D/B/A District Dig, is a limited liability company organized under the laws of the District of Columbia. The principal office of Bedrock is located at 649 Massachusetts Avenue NE, Washington, DC 20002. Bedrock operates an online news site that focuses on local government and politics. Bedrock was founded by Jeffrey Anderson in 2016. Before founding Bedrock, Mr. Anderson was a reporter for a number of news outlets including *The Washington Times*, and before and after founding Bedrock, Mr. Anderson has reported extensively for *Washington City Paper*.

6. Defendant, National Capital Planning Commission is a federal agency that is *sui juris*. The NCPC is part of the Federal government with its principal office located at 401 9th St. NW, Ste. 500 N Washington, D.C. 20004.

**FACTUAL ALLEGATIONS**

**A. Background**

7. Bedrock runs an online news site, entitled District Dig, that specializes in investigative reporting about the government of the District of Columbia. Bedrock's news website is located at: www.districtdig.com.

2

8. Bedrock was founded in 2016 by Jeffery Anderson. Before founding Bedrock, Mr. Anderson was a respected, award-winning reporter at *The Washington Times* where he covered the government of the District of Columbia. Mr. Anderson also reported extensively for *Washington City Paper* both before and after founding Bedrock.

9. Since its founding, Bedrock has been recognized for the quality of its reporting and, in 2019 and 2020, received multiple First Place awards for investigative journalism from The Maryland Delaware District of Columbia Press Association.

10. Bedrock has made government accountability a focus of its reporting. From 2023 through 2025, it has reported on the ongoing corruption at the D.C. Housing Authority. In 2019, Bedrock reported in-depth on the District's Office of the Chief Financial Officer (OCFO) attempt to rush through a sole source lottery contract with Intralot and bypass the competitive bidding requirement placed upon the OCFO by the Home Rule Act. Bedrock's reporting can be found at districtdig.com.

11. The NCPC's core activities include "the planning efforts of federal agencies that contract and renovate facilities", according to its website found at ncpc.gov/about/.

**B. Bedrock's FOIA request to NCPC**

12. On or about May 22, 2026, Bedrock submitted a FOIA request to the National Capital Planning Commission.

13.  NCPC has not acknowledged Bedrock's FOIA request.

14. Bedrock seeks records related to the construction of a new stadium at the RFK campus.

15. More specifically, Bedrock seeks :

> 1. All communications exchanged with Mayor Muriel Bowser or any staff of the Executive Office of the Mayor concerning the construction or development of a new stadium and associated facilities at the site of the RFK Stadium.
> 2. All communications exchanged with Senior Advisor Beverly Perry or Senior Advisor Lindsey Parker or any staff of the Office of the Senior Advisor concerning the construction or development of a new stadium and associated facilities at the site of the RFK Stadium.
> 3. All communications exchanged with the Washington Convention and Sports Authority, also known as Events DC concerning the construction or development of a new stadium and associated facilities at the site of the RFK Stadium.

The request was limited from January 1, 2024 to the present.

16. NCPC has not acknowledged or responded to Bedrock's FOIA request.

17. NCPC did not produce any records responsive to Bedrock's FOIA Request.

18. NCPC did not clearly state whether it would or would not comply with Bedrock's request as required by 5 U.S.C. § 552(a)(6)(A)(i).

## COUNT ONE: VIOLATION OF FOIA

19. Paragraphs 1 through 18 are realleged here as if set forth in full.

20. Bedrock submitted a valid FOIA request on or about May 22, 2026, to NCPC. In its request, Bedrock provided a legally adequate description of the records it seeks.

21. NCPC is the custodian of records that are responsive to Bedrock's May 22, 2026, FOIA request.

22. NCPC did not conduct a legally adequate search for records that are responsive to Bedrock's FOIA request.

4

23. NCPC did not produce any records responsive to Bedrock's May 2026 FOIA request.

24. NCPC constructively denied Bedrock's May 2026 FOIA request.

25. Bedrock constructively exhausted its administrative remedies because NCPC did not comply with 5 U.S.C. § 552(a)(6)(A)(i).

26. NCPC, therefore, violated the Freedom of Information Act (5 U.S.C. § 552).

## RELIEF SOUGHT

27. For the foregoing reasons, Plaintiff respectfully asks this Court for:

    a.  A declaration that NCPC violated FOIA;

    b.  An injunction ordering NCPC promptly to produce all records that are responsive to Bedrock's FOIA request;

    c.  An award of costs and fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

    d.  Any other relief that the Court finds to be just.

Respectfully submitted,

 /s/ Don Padou                             Dated: June 29, 2026
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com